UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                                                Case No. 19-44370

TIFFANY DIONNE DYSON,                        Chapter 7

            Debtor.                                      Judge Thomas J. Tucker

_____/

**ORDER DISSOLVING THE COURT'S JULY 25, 2019 SHOW CAUSE ORDER**

This case is before the Court on the Court's show-cause order entered on July 25, 2019 (Docket # 23, the "Show-Cause Order"). On August 8, 2019, the Debtor's attorneys, Yuliy Osipov and the law firm Osipov Bigelman, P.C. (the "Debtor's Attorneys"), filed a response to the Show-Cause Order, with several exhibits attached, including an itemization of fees and expenses for their work on this case. (Docket # 25, the "Response"). The Court has reviewed the Response and its exhibits, in addition to reviewing the record items referred to in the Show-Cause Order. The Court now concludes that a hearing on the Show-Cause Order is not necessary, and that the Show-Cause Order should be dissolved without further action by the Court.

The Court finds and concludes that the Debtor's Attorneys did not receive compensation from the Debtor that exceeds the reasonable value of the services they provided in this case. *See* 11 U.S.C. § 329(b). The Court therefore will not require the Debtor's Attorneys to refund to the Debtor any of the $2,500.00 in attorney fees paid to them by the Debtor for this case.

Accordingly,

IT IS ORDERED that the Show-Cause Order (Docket # 23) is dissolved.

This dismissed case will now once again be closed.

**Signed on August 30, 2019**



/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge